IN 1HE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    October 6, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS A. SUAREZ

vs                                        CIVIL 98-1854CCC

UNITED STATES OF AMERICA

By order of the Court, the **pretrial conference set for today and the jury trial set**

**for November 17, 1999 are VACATED** pending ruling on the Motion for Summary

Judgment.  Parties notified by telephone.

~~~ - Secretary

Notified by telephone:

AUSA F. Sevillano 282-1844 (answering machine)
Lic. A. Luciano-Delgado 782-0820 (Rosaura Díaz)
Lic. H. Hopkins, Jr. 796-1838 (personally)

s/c: H. Hopkins, Jr.
F. Sevillano
A. Luciano

OCT - 7 1999

RECD.    TO JUDGE
OCT - 7 1999

# 39