IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                March 6, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS A. SUAREZ

vs                                                    CIVIL 98-1854CCC

U. S. POSTAL SERVICE, et al

By order of the Court, the Motion for Leave to File Translations (**docket entry 34**) is GRANTED. The Motion or Additional Extension of Time (**docket entry 35**) is MOOT. Parties to be notified.

                                                    /s/ - Secretary