IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    April 7, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS A. SUAREZ

vs                                        CIVIL 98-1854CCC

UNITED STATES OF AMERICA, et al

By order of the Court, the **pretrial conference is hereby reset for June 9, 2000 at 4:45 PM and the jury trial is reset for September 21, 2000 at 9:30 AM.** Parties to be notified.

/m/ - Secretary