# IN .E UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                    June 12, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

LUIS A. SUAREZ

vs                                              CIVIL 98-1854CCC

UNITED STATES OF AMERICA, et al

   A pretrial conference was held on June 9, 2000.  Present were: Harold Hopkins, Jr.

counsel for plaintiff, Arturo Luciano-Delgado and Assistant U. S. Attorney Fidel Sevillano-del-

Río, counsel for defendants.

   The Pretrial Order (**docket entry 38**) is APPROVED.  Defendants have until August

1, 2000 to file motion to dismiss and/or for summary judgment on all damage claims,

excluding back pay.  Plaintiff shall file his opposition by September 1, 2000.  Reply by

defendants shall be filed by September 15, 2000.  The **September 21, 2000 trial date**

**is VACATED** until adjudication of the dispositive motions.

   The parties will meet during July 2000 to review the back pay amount already paid

to plaintiff.  Parties to be notified.

- Secretary

s/c. Hopkins
Sevillano
Luciano

JUN 2 3 2000