IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. SUAREZ

Plaintiff

vs.                                            CIVIL NO. 98-1854CCC

UNITED STATES OF AMERICA and
UNITED STATES POSTAL SERVICE,
EMPLOYER, WILLIAM J. HENDERSON
POSTMASTER GENERAL, AS
REPRESENTATIVE OF UNITED STATES
POSTAL SERVICE, AMERICAN POSTAL
WORKERS UNION, CARIBBEAN AREA
LOCAL, d/b/a PUERTO RICO AREA
LOCAL, LOCAL 1070, A UNION

Defendants

**ORDER**

Having reviewed the Informative Motion filed pro se by plaintiff Luis A. Suarez (docket entry 44), the Clerk is ORDERED to send copy of the same and of the two documents submitted as attachments to plaintiff's attorney Mr. Harold Hopkins, Jr. Since the Court has not received any motion to withdraw as counsel from Mr. Hopkins despite his client's assertion that he has resigned as his counsel and will file a motion with the Court to that effect, Mr. Hopkins shall address this matter as well as the remaining information contained in the Informative Motion. A term of ten (10) days after notice is GRANTED to comply with this Order.

SO ORDERED.

At San Juan, Puerto Rico, on July 19th, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)