UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. SUAREZ

**Plaintiff(s)**

v.                    **CIVIL NUMBER:** 98-1854 (JAG)

U.S. POSTAL SERVICE

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Extend Time to Obtain New Legal Representation (07/10/00); Motion for Harold E. Hopkins Jr. to Withdraw as Attorney (07/12/00); Motion to Extend Time for 30 Days to Obtain New Counsel (08/04/00); Motion for Harold E. Hopkins Jr. to Withdraw as Attorney (08/10/00)<br>**Docket(s):** 44, 45, 49, 50<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | Plaintiff shall have until **October 30, 2000** to obtain new counsel and to respond to defendant's motion for summary judgment. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/11/00<br>**Title:** Motion to Amend Motion for Harold E. Kopkins Jr. To Withdraw as Attorney<br>**Docket(s):** 51<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | NOTED. |

Date: October 16, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge