UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. SUAREZ

Plaintiff(s)

v.                              CIVIL NUMBER: 98-1854 (JAG)

U.S. POSTAL SERVICE

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/16/00<br>**Title:** Defendant's Motion for Leave to File Reply Brief<br>**Docket(s):** 55<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** |

Date: October 24, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge