IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. SUAREZ

    **Plaintiff(s)**

    v.

U.S. POSTAL SERVICE

    **Defendant(s)**

CIVIL NO. 98-1854 (JAG)

---

**JUDGMENT**

For the reasons stated in the Opinion and Order issued on this date, judgment is hereby entered dismissing the Complaint without prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 12th day of December 2001.

                        JAY A. GARCIA GREGORY
                        United States District Judge

