IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| LUIS A, SUAREZ, AN INDIVIDUAL, | * | CIVIL NO. 98-1854CC  JAG |
| PLAINTIFF, | * | |
| | * | ACTION TO ENFORCE |
| vs. | * | ARBITRATION AWARD, |
| | * | VIOLATION OF CIVIL |
| UNITED STATES, OF AMERICA, et als, | * | RIGHTS, AND DAMAGES |
| | * | |
| DEFENDANTS. | * | |

*******************************************

**\*NOTICE OF APPEAL\***

Notice is hereby given that Plaintiff, Luis A. Suarez, in the above named case, hereby appeal to United States Court of Appeals for the First Circuit the final judgement entered in this action on December 12, 2001, and filed December 14, of like year.

I hereby certify that a true copy of the foregoing Notice of Appeal was mailed today to A.U.S.A. Fidel A. Sevillano- del Rio, Esq., Room 452   Federal Office Buiding, 150 Carlos Chardon Street, Hato Rey, Puerto Rico 00918.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 7th day of February, 2002.

BENITO GUTIERREZ-DIAZ, ESQ.
U.S.C. P.R. 113112
COUNSEL FOR APPELLANT
P.O. BOX 1329
FAJARDO, PUERTO RICO 00738
TEL. (787) 860-5547
FAX (787) 860-6568

c/s: Appeals Clerk
2/7/01